USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x
)
RAYMOND J. KADAGIAN, On Behalf of )
Plaintiff and All Others Similarly Situated, ) Case No. 06-CIV.-2306 (KMK)
)
Plaintiff, )
)
- vs. - ) ORDER TO TRANSFER CASE
)
H&R BLOCK INC., MARK A. ERNST, )
JAMES W. YABUKI and WILLIAM L. )
TRUBECK, )
)
Defendants. )
--------------------------------------------------------x

KENNETH M. KARAS, District Judge:

    Upon the request of the Defendants to transfer this case to the United States District Court for the Western District of Missouri in light of the pendency of two similar putative class actions in that District captioned Nettie v. H&R Block, Inc., et al., Case No. 06-0236-CV-W-ODS (W.D. Mo.) and Winters v. H&R Block, Inc., et al., Case No. 04:06-CV-00243-NKL (W.D. Mo.), and on consent of all interested parties in this action, this case is transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Western District of Missouri forthwith.

    The Clerk of Court is ordered to close this case in this District and to transfer the file to the Clerk of the United States District Court for the Western District of Missouri.

SO ORDERED.

Dated: June 30, 2006
New York, New York

                                             KENNETH M. KARAS
                                             UNITED STATES DISTRICT JUDGE

3310801_1